# Court of Appeals
# of the State of Georgia

ATLANTA,   July 16, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0425.  JAMES LAMAR RILEY v. THE STATE.**

May 1, 2014, the trial court entered an order revoking James Lamar Riley's probation. On June 23, 2014, Riley filed this application for discretionary appeal seeking review of that order.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011). Because Riley's application was filed 53 days after entry of the order he seeks to appeal, it is untimely. We thus lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/16/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*